4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AMINTA BAUTISTA, MARIA DE LA LUZ ZAMORA, Individually and as Next Friend of ANHAI CORTINAS, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DILLARD DEPARTMENT STORES, INC. And KEVIN LYON, Individually )<br><br>Defendants. ) | CAUSE NO. B-00-069 |

## AGREED ORDER ON PLAINTIFFS' MOTION TO REMAND

On the 16 day of June, 2000, came on to be considered Plaintiffs' Motion to Remand in the above-styled and numbered cause. As per the stipulation by Plaintiffs that the damages sought by way of this lawsuit do not exceed $50,000.00, it is agreed that Plaintiffs' motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause be and it hereby is remanded to the district court for all purposes.

ALL other and further relief not specifically granted herein is DENIED.

SIGNED this 16 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE